IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ROY HAYDEN SMITH and
DOROTHY SMITH                                                                          PLAINTIFFS

VERSUS                                                           CIVIL ACTION NO. 2:05CV113-P-B

AMERICAN GENERAL FINANCIAL
SERVICES, INC., et al                                                                  DEFENDANTS

## ORDER

This cause is before the Court on the plaintiffs' Motion to Remand [13]. The Court, having duly considered the motion, finds as follows, to-wit:

In accordance with the findings and analysis set forth in this Court's Memorandum Opinion entered contemporaneously herewith, the plaintiffs' Motion to Remand is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion to Remand [13] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this cause is hereby REMANDED to the First Judicial District of the Circuit Court of Tallahatchie County, Mississippi.

SO ORDERED, this the 1st day of September, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE